**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE: SEALED** | **Case No. 26-302 (SCC) (MEL)** |

## MOTION TO UNSEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1.  Pursuant to the government's motion on July 16, 2026, this case is sealed.

2.  The defendant has been arrested, and the government requests that the case be unsealed.

**WHEREFORE**, the United States respectfully prays this Honorable Court to grant this request.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 20th day of July, 2026.

Héctor E. Ramírez-Carbó
Acting United States Attorney

s/*R. Vance Eaton*
R. VANCE EATON
G03118
Assistant United States Attorney
United States Attorney's Office
Torre Chardon, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918 Tel:
(787) 282-1877
Email: Richard.eaton@usdoj.gov
